IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAL HUBUSCHMAN, Derivatively on
Behalf of FACEBOOK, INC.,

        Plaintiff(s),

  v.

MARK ZUCKERBERG, et al.,

        Defendant(s).

CASE NO. 12-cv-03366 (LHK)

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Brant W. Bishop, P.C. , whose business address and telephone number is Kirkland & Ellis LLP / 655 Fifteenth Street N.W./ Washington, DC  20005  - or - 601 Lexington Ave. / New York, NY  10022; telephone: 202-879-5000 ; email: brant.bishop@kirkland.com and who is an active member in good standing of the bar of DC, NY and UT having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Facebook, Inc.+ individual defendants

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 9, 2012

*Lucy H. Koh*
United States District Judge