UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAL HUBUSCHMAN, Derivatively on Behalf of FACEBOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK ZUCKERBERG, DAVID A. EBERSMAN, SHERYL K. SANDBERG, DAVID M. SPILLANE, PETER A. THIEL, JAMES W. BREYER, MARC L. ANDREESSEN, DONALD E. GRAHAM, REED HASTINGS, ERSKINE B. BOWLES, and DOES 1-25, Inclusive, <br><br> Defendants, <br><br> -and- <br><br> FACEBOOK, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 3:12-cv-03366-MMC <br><br> GRANTING [PROPOSED] ORDER ~~IN SUPPORT OF~~ PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE BRIEFING SCHEDULE AND ~~CONTINUE THE~~ VACATE HEARING ON NOMINAL DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(B)(1), 12(B)(3), 12(B)(6) AND 23.1 <br><br> Judge: Honorable Maxine M. Chesney <br> Date: ~~September 7, 2012~~ <br> Time: 9:00 a.m. <br> Location: San Francisco Courthouse <br> Courtroom 7, 19th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 |

1         Having read and considered Plaintiffs Hal Hubuschman's and William Cole's (hereinafter

2   "Plaintiffs") Administrative Motion to Extend the Briefing Schedule and Continue the Hearing on

3   Nominal Defendant Facebook, Inc.'s Motion To Dismiss Pursuant to Fed R. Civ. P. 12(B)(1),
                                   defendant's response thereto,

4   12(B)(3), 12(B)(6) and 23.1, and ~~good cause appearing therefore,~~

5         IT IS ORDERED THAT:

6         1.     The Administrative Motion is GRANTED.

7         2.     The hearing on the Motion to Dismiss, currently set for September 7, 2012, is vacated

8   ~~and shall be re-set for hearing after the Court rules on the Remand Motion and the Stay Motion~~.
      In the event defendants' motion to stay is denied, the Court will set a briefing

9         3.   ~~All oppositions to the Motion to Dismiss must be filed and served by no later than~~
schedule and hearing date on the Motion to Dismiss.

10  ~~fourteen (14) days after the Court rules on the Remand Motion and Stay Motion.~~

11        4.   ~~All reply briefs in support of the Motion to Dismiss must be filed and served no later~~

12  ~~than seven (7) after the opposition is filed and served~~.

13  DATED: <u>August 15, 2012</u>, 2012

14

15                        HONORABLE MAXINE M. CHESNEY
                      UNITED STATES DISTRICT JUDGE

16

17  Respectfully submitted by:

18  s/Shane P. Sanders
     SHANE P. SANDERS

19
     ROBBINS UMEDA LLP

20  BRIAN J. ROBBINS
     FELIPE J. ARROYO

21  SHANE P. SANDERS
     GINA STASSI

22  600 B Street, Suite 1900
     San Diego, CA 92101

23  Telephone: (619) 525-3990
     Facsimile: (619) 525-3991

24  *Counsel for Plaintiffs Hal Hubuschman and*

25  *William Cole*

26

27

28                            - 1 -

[[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE
BRIEFING SCHEDULE AND CONTINUE THE HEARING ON NOMINAL DEFENDANT FACEBOOK, INC.'S
MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(B)(1), 12(B)(3), 12(B)(6) AND 23.1
CASE NO. 3:12-CV-03366-MMC